# JERRY R. DALMASO *v.* DEPARTMENT OF MOTOR VEHICLES
## (SC 15911)

Borden, Berdon, Norcott, Palmer and Peters, Js.

Argued December 2—officially released December 22, 1998

*Mark M. Wrenn,* for the appellant (plaintiff).

*Robert L. Marconi,* assistant attorney general, with whom, on the brief, was *Richard Blumenthal,* attorney general, for the appellee (defendant).

*Opinion*

PER CURIAM. After examining the record on appeal and considering the briefs and oral arguments of the parties, we have determined that the appeal in this case should be dismissed on the ground that certification was improvidently granted.[1]

The appeal is dismissed.

---

[1] We granted the plaintiff's petition for certification limited to the following issue: "Under the circumstances of this case, did the Appellate Court properly conclude that the plaintiff refused to take the blood alcohol test within the meaning of General Statutes § 14-227b (f) (3)?" *Dalmaso* v. *Dept. of Motor Vehicles,* 244 Conn. 923, 923–24, 714 A.2d 9 (1998).